

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00029-CR

Horacio Fidencio **BENAVIDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 10-11-00132-CRF
Honorable Stella Saxon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the trial court's judgments are AFFIRMED. Counsel's motion to withdraw is GRANTED. The Frio County District Clerk, Ramona B. Rodriguez, is ORDERED to delete the $2,000.00 in attorney's fees from the bill of costs in this case, and to prepare and file a corrected bill of costs in this case.

SIGNED February 5, 2014.

Karen Angelini, Justice